Opinion issued June 13, 2002







 


 


 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-00894-CR

____________


THOMAS WAYNE SABLATURA, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 338th District Court

Harris County, Texas

Trial Court Cause No. 722005






MEMORANDUM OPINION

 On October 5, 2001, appellant pleaded true to the State's motion to revoke
his community supervision, and, in accordance with a plea bargain agreement, was
sentenced to two years confinement. Appellant signed a written waiver of his right
to appeal if the trial court accepted the plea bargain agreement. 

 We hold the appeal must be dismissed. See Buck v. State, 45 S.W.3d 275,
278 (Tex. App.--Houston [1st Dist.] 2001, no pet.); Hilyard v. State, 43 S.W.3d 574, 
576-77 (Tex. App.--Houston [1st Dist.] 2001, no pet.); see also Blanco v. State, 18
S.W.3d 218, 219-20 (Tex. Crim. App. 2000); Bushnell v. State, 975 S.W.2d 641, 642-44 (Tex. App.--Houston [14th Dist.] 1998, pet. ref'd); Littleton v. State, 33 S.W.3d
41, 43 (Tex. App.--Texarkana 2000, pet. ref'd).

 Accordingly, we order the appeal dismissed.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Smith. (1)


Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.